# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NAI MOBILE, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 21-00032-KD-C |
| NEW AMERICA NETWORK, INC., d/b/a NAI GLOBAL, | ) |
| Defendant. | ) |

## ORDER

The final pre-trial conference was held March 17, 2022. Present at the conference were Charles William Daniels, Jr., Steven A. Martino, and Tiffany Ray, counsel for Plaintiff NAI Mobile LLC, and Jarrod J. White and Paige Waldrop Mills, counsel for NAI Global. As a result of the conference, the Court establishes the following deadlines and rules, which govern trial preparation and proceedings in this action. The deadlines herein shall not be modified except by written order of the Court.

1. <u>Jury Selection</u>. Jury selection shall begin at **8:45 a.m. on April 12, 2022,** in Courtroom 4B, United States Courthouse, 155 St. Joseph St., Mobile, Alabama. A jury of eight (8) jurors, with no alternates, will be selected.

2. <u>Voir dire</u>. The Court will allow each party a total of **twenty (20) voir dire**.

For reasons set forth on the record, NAI Mobile's proposed voir dire three (3), fifteen (15), and sixteen (16) are struck. On or before **April 4, 2022**, NAI Mobile shall file revised proposed voir dire four (4), and seven (7) through fourteen (14).

For reasons set forth on the record, NAI Global's proposed voir dire three (3) and fifteen (15) are struck. On or before **April 4, 2022**, NAI Global may file revised proposed voir dire four.

The Court will address the revised proposed voir dire on **April 11, 2022, at 1:00 p.m**.

3. Joint Statement of the Case. The parties shall file on or before **April 4, 2022**, a joint statement of the case. The statement shall not exceed two paragraphs and shall give a neutral synopsis of the action.

4. Trial and Bifurcation of Trial. The trial is bifurcated. **Trial for Phase I, liability, will begin immediately following jury selection. If liability is established, trial will proceed with Phase 2, damages.** Trial is expected to last four (4) days. Opening statements are limited to thirty (30) minutes each. The Courtroom Procedure for cases tried before the undersigned may be found at https://www.alsd.uscourts.gov/courtroom-procedures. As discussed at the pretrial conference, the Court will allow questions from the jury during trial.

5. Joint Proposed Jury Instructions and Verdict Form. No later than **April 4, 2022,** the parties shall file joint proposed final jury instructions on the substantive law governing all claims, defenses, and damages. The joint proposed instructions shall be filed as a single docket entry, one instruction per page, with citation to authority for the instruction. The parties need not file proposed General Preliminary Instructions or Final Basic Instructions.[1] No later than **April 4, 2022,** the parties shall file a joint proposed verdict form.

The parties shall separately file any proposed final jury instruction or proposed verdict form to which they cannot agree.

6. Motions in limine. Each party shall file no more than five (5) motions in limine. Each motion is limited to a total of five (5) pages. Each motion shall be limited to one subject. The motions in limine shall be filed on **March 28, 2022**. Responses shall be filed on **April 4, 2022.** If

---

[1] See Eleventh Circuit Pattern Instructions (Civil Cases), effective February 27, 2020.

not ruled upon, the Court will hear the motions on **April 11, 2022, at 1:00 p.m**.

7. Deposition designations. On or before **April 4, 2022,** the parties shall submit, by delivery to chambers, a binder containing their respective deposition designations and the opposing party's objections, typed or written on the same page as the designation. Plaintiff's designations and objections should be highlighted in one color and Defendant's designations and objections should be highlighted in a different color.

8. Witnesses and objections.

NAI Global objects to certain NAI Mobile witnesses on basis that they were disclosed too late to be deposed (doc. 77, p. 18-19). NAI Mobile shall file a response on or before **March 28, 2022**. NAI Global shall file its reply on or before **April 4, 2022**. The objection will be heard on **April 11, 2022, at 1:00 p.m.**

**The brief and reply are limited to ten (10) pages each.**

By separate order, the Court will hear the motions to exclude the expert witnesses (docs. 59, 60, 61, 65) on **April 11, 2022, at 1:00 p.m**.

NAI Global's objection to witness Doug Anderson is overruled.

9. Exhibits and objections.

The parties' objections to exhibits will be resolved at the time the exhibit is offered at trial. As discussed in more detail at the pretrial conference, the parties shall offer only the relevant pages of an exhibit. All exhibit pages shall be referenced by the page number, not the Bates Stamp number.

10. Bench Book. No later than **April 4, 2022,** the parties shall each submit a bench book (a three-ring binder is sufficient) containing a **copy of each Exhibit** which they plan to offer at trial. The bench books shall be delivered to Courtroom Deputy Nicole Hawkins. Each party shall

allow the opposing party the opportunity to review the bench book before delivery. These bench books are for the Court's convenience in reviewing the copy of the Exhibits. Submitting the bench book does not mean that the Exhibit has been admitted for trial.

11. Trial Briefs. For reasons discussed on the record, on or before **March 28, 2022**, NAI Global shall brief the issue of whether NAI Mobile Member Pete Riehm's actions implicate Section 6.03 and/or Section 6.05 of the NAI Global Members Agreement. NAI Mobile shall file its reply on or before **April 4, 2022**. The issue will be heard on **April 11, 2022, at 1:00 p.m.**

For reasons discussed on the record, on or before **March 28, 2022**, NAI Mobile shall brief the issue of whether damages are limited to no later than March 31, 2022, as opposed to the balance of the term of the Agreement. NAI Global shall file its reply on or before **April 4, 2022**. The issue will be heard on **April 11, 2022, at 1:00 p.m.**

For reasons discussed on the record, on or before **March 28, 2022**, NAI Mobile shall brief the issue of whether NAI Global is entitled to indemnification (Counterclaim, Count III). NAI Global shall file its reply on or before **April 4, 2022**. The issue will be heard on **April 11, 2022, at 1:00 p.m.**

**The briefs and replies are limited to ten (10) pages.**

12. Courtroom procedures and technology. Questions regarding courtroom procedures or use of courtroom technology during trial should be directed to Courtroom Deputy Nicole Hawkins (251-690-2371). **If a witness will appear by video**, the parties shall contact Ms. Hawkins, **on or before April 6, 2022**, to schedule a test of the video system.

13. Settlement. The parties are encouraged to continue settlement negotiations. In the event a settlement is reached, the parties shall notify the Court as soon as possible.

DONE and ORDERED this 18th day of March 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE