IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NAI MOBILE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-00032-KD-C |
| | ) |
| NEW AMERICA NETWORK, INC., | ) |
| d/b/a NAI GLOBAL, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This breach of contract action came before the Court for jury selection and trial beginning April 12, 2022. Plaintiff NAI Mobile, LLC presented its case and rested on April 14, 2022. NAI Global moved for judgment as a matter of law. As set forth on the record, the motion was denied. NAI Mobile moved for judgment as a matter of law. As set forth on the record, the motion was granted in part and denied in part. NAI Global presented its case and rested on April 14, 2022. The renewed motions for judgment as a matter of law were denied for reasons stated on the record. The Court held the final jury charge conference with counsel.

On April 15, 2022, and the parties gave their closing arguments. The Court then instructed the jury on the applicable law regarding liability and the jury began their deliberations.

On that day, the jury, having heard the evidence, the arguments of counsel, and having considered the same upon their oaths, returned their verdict as to liability in favor of NAI Mobile, a copy of which is attached hereto, in open court with counsel and parties present, as follows:

We, the jury, find by a preponderance of the evidence, as follows:

1. Did NAI Global exercise reasonable judgment in their decision to terminate the Agreement?

    _____    YES

    ___X___    NO

If you answer "YES", answer Question # 2.

If you answer "NO", skip Question # 2, and answer Question # 3.

. . .

3. Was NAI Mobile damaged as a result of the termination?

    ___X___    YES

    _____    NO

The action proceeded on the issue of damages. NAI Mobile presented its case and rested. NAI Global's motion for judgment as a matter of law was denied for reasons stated on the record. NAI Global presented its case and rested. The parties gave their closing arguments. The Court then instructed the jury on the applicable law of damages and the jury began their deliberations.

On April 18, 2022, the jury, having heard the evidence, the arguments of counsel, and having considered the same upon their oaths, returned their verdict as to damages, a copy of which is attached hereto, in open court with counsel and parties present, as follows:

> We, the Jury, unanimously find that NAI Mobile is owed damages for breach of contract in the amount of
>
>     $86,437.00    Rebranding expenses
>
>     $1,164,000    Lost profits

NAI Global's oral motion for a mistrial was denied for reasons stated on the record.

Post-trial motions shall be filed in accordance with the Federal Rules of Civil Procedure.

By separate document, the Court will enter judgment in accordance with the verdict as provided in Rule 58 of the Federal Rules of Civil Procedure.

DONE and ORDERED this 19th day of April 2022.

s/ Kristi K. DuBose  
KRISTI K. DuBOSE  
UNITED STATES DISTRICT JUDGE