**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **NAI MOBILE, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL ACTION NO. 21-00032-KD-C** |
| | ) |
| **NEW AMERICA NETWORK, INC.,** | ) |
| **d/b/a NAI GLOBAL,** | ) |
| | ) |
| **Defendant.** | ) |

**JUDGMENT**

In accordance with the verdicts entered April 15, 2022 and April 18, 2022, it is

ORDERED, ADJUDGED, and DECREED that JUDGMENT is entered as follows:

1) In favor of Plaintiff NAI Mobile, LLC and against New America Network, Inc. d/b/a NAI Global, as to NAI Mobile's claim for breach of contract in the amounts of $86,437.00 for rebranding expenses and $1,164,000.00 for lost profits; and

2) In favor of Plaintiff NAI Mobile, LLC and against New America Network, Inc. d/b/a NAI Global, as to NAI Global's counterclaims.

DONE and ORDERED this 19th day of April 2022.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE