IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **NAI MOBILE, LLC, a limited liability company,** )<br>)<br>  **Plaintiff,** )<br>)<br>vs. )<br>)<br>**NEW AMERICA NETWORK, INC., a foreign corporation, d/b/a NAI Global,** )<br>)<br>  **Defendant.** ) | Civil Action No. 21-00032-KD-C |

## ORDER

This action is before the Court on Plaintiff NAI Mobile LLC's Motion to Disburse Proceeds (doc. 183), the Response filed by Defendant NAI Global (doc. 184), and NAI Mobile's Reply (doc. 185).

I. Background

Previously, judgment was entered in favor of NAI Mobile and against NAI Global (doc. 162). NAI Global moved to stay execution of the judgment pending the Court's decision on the motion for judgment as a matter of law or for any appeal. In lieu of a bond, and as security for the stay, NAI Global deposited into Court the full amount of the judgment, $1,250,437.00, plus 15% interest, and $500.00 in costs (doc. 181, Receipt). The action was stayed (doc. 178).

NAI Global's motion for judgment as a matter of law was denied (doc. 182). No appeal was filed and the time to file a notice of appeal has passed. At present, the stay is in effect.

II. Argument

NAI Mobile now moves the Court to disburse the funds paid into Court in satisfaction of the judgment against NAI Global. NAI Mobile argues that the time for appeal has passed and NAI Global did not file a notice of appeal. NAI Mobile seeks disbursement of the judgment

amount, plus post-judgment interest at the rate allowed by 28 U.S.C. § 1961, which NAI Mobile calculates as 1.94%. NAI Mobile also seeks disbursement of an amount to satisfy the costs allowed (docs. 183, 183-1).

NAI Global does not oppose the motion or the disbursements. However, NAI Global asserts that the correct post-judgment interest rate is 1.81% (docs. 184, 184-1). In response, NAI Mobile agreed to the rate of interest proffered by NAI Global (doc. 185).

III. Analysis

As an initial procedural matter, the Court *sua sponte* lifts the stay (doc. 178, p. 3) ("The stay shall take effect upon entry of this Order and shall remain in effect until further order of this Court. See Fed. R. Civ. P. 62(b)."). Review of the docket, and consideration of the Motion, Response, and Reply indicates that disbursement to satisfy the judgment is appropriate. Since NAI Global does not object to a disbursement to pay the allowed costs, the Court finds that such disbursement is also appropriate. Therefore, NAI Mobile's Motion is GRANTED.

IV. Conclusion

Accordingly, pursuant to S.D. Ala. Civil Local Rule 67(e), applicable to disbursement of funds, the Clerk shall disburse the sum[1] of $1,273,867.36, plus interest accruing at the rate of 1.81% from the date of the judgment through the date of disbursement, to Taylor, Martino, and Rowan, PC, as requested by NAI Mobile.

Prior to disbursement, Taylor, Martino, and Rowan, PC shall submit an IRS form W-9 to

---

[1] The sum is composed of $1,164,000.00, the jury's award for lost profits; $86,437.00, the jury's award for rebranding expenses; and costs in the amount of $23,430.36 (doc. 186). See Mock v. Bell Helicopter Textron, Inc., 456 Fed. Appx. 799, 803 (11th Cir. 2012) (citations omitted) ("… interest on taxable costs accrues from the date of the original damages judgment.").

2

the Clerk by either hand delivery to the Finance Department at the Clerk's Office, mailing to the Finance Department at 155 St. Joseph St., Mobile, Alabama 36602, or e-mailing to alsd_finance@alsd.uscourts.gov.

DONE and ORDERED this the 30th day of September 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE