## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| NAI MOBILE, LLC, a limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Civil Action No. 21-00032-KD-C |
| NEW AMERICA NETWORK, INC., a foreign corporation, d/b/a NAI Global, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This action is before the Court on Defendant NAI Global's unopposed motion to disburse any remaining security (doc. 188).

Previously, judgment was entered in favor of Plaintiff NAI Mobile LLC and against NAI Global (doc. 162). NAI Global moved to stay execution of the judgment pending the Court's decision on the motion for judgment as a matter of law or for any appeal. In lieu of a bond, and as security for the stay, NAI Global deposited into Court the full amount of the judgment, $1,250,437.00, plus 15% interest, and $500.00 in costs (doc. 181, Receipt). The action was stayed (doc. 178). NAI Global's motion for judgment as a matter of law was denied (doc. 182). No appeal was filed. NAI Mobile filed a motion for disbursement of funds (doc. 183). The motion was granted, and the Clerk was directed to disburse the funds to NAI Mobile (doc. 187). NAI Global reports that the Clerk has now disbursed the funds to NAI Mobile.

NAI Global moves the Court for an order directing the Clerk to disburse the remaining funds to NAI Global, made payable to NAI Global's counsel: Bass Berry & Sims PLC. NAI Global reports that NAI Mobile does not oppose the disbursement.

Upon consideration, the motion (doc. 188) is GRANTED. Accordingly, pursuant to S.D. Ala. Civil Local Rule 67(e), applicable to disbursement of funds, the Clerk shall disburse the remaining funds to Bass Berry & Sims PLC, as requested by NAI Global.

Prior to disbursement, Bass Berry & Sims PLC shall submit an IRS form W-9 to the Clerk by either hand delivery to the Finance Department at the Clerk's Office, mailing to the Finance Department at 155 St. Joseph St., Mobile, Alabama 36602, or e-mailing to alsd_finance@alsd.uscourts.gov.

DONE and ORDERED this the 24th day of October 2022.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

2